IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY McREYNOLDS, *et al.* ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-232-MEF |
| ) | [WO] |
| COTTON STATES INSURANCE, ) | |
| *et, al.,* ) | |
| ) | |
| DEFENDANTS. ) | |

## ORDER

This cause is before the court on *Plaintiffs' Motion to Remand* (Doc. # 20), filed on April 8, 2005.  Plaintiffs' Motion relies on two premises: (1) that the Plaintiffs' Motion for Leave to Amend Bill of Complaint (Doc. # 14) would be granted and (2) that Lewis Mallory and Danny Strock are defendants in this case.  Since the court has denied Plaintiffs' Motion for Leave to Amend Bill of Complaint and explained in that memorandum opinion and order that neither Mallory nor Strock are defendants in this case, it is hereby

ORDERED that Plaintiffs' Motion to Remand (Doc. # 20) is DENIED.

DONE this the 31st day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE