IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARRY MCREYNOLDS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 2:05-CV-232-WKW-VPM |
| v. | ) | (WO) |
| | ) | |
| COTTON STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **FINAL JUDGMENT**

In accordance with prior proceedings, opinions and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that the action against Defendants, is dismissed with prejudice.  Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 2nd day of June 2006.


          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE